CC-45 V4

## STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## WINNEBAGO COUNTY

CEVENE CARE CLINIC, S.C., an Illinois corporation,
Plaintiff

vs.                                    Case No. 2021-CH-0000093

CHRIS SCOTT WELLNESS, LLC, an Illinois limited liability
Defendant

Service to be made
to: Chris Scott Wellness, LLC

1752 Windsor Road, Suite 202

Loves Park, IL 61111
c/o Chris Scott Mills R.A.

## SUMMONS

**TO THE DEFENDANT** Chris Scott Wellness, LLC                    ,
Chris Scott Wellness, LLC
**YOU ARE HEREBY SUMMONED** and required to file an Answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your Appearance in the Office of the Clerk of this Court, Winnebago County Courthouse, 400 West State St., room 108, Rockford, Illinois, **within 30 days after service of this summons**, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED FOR IN THE COMPLAINT.**

### THIS CASE IS SET FOR A CASE MANAGEMENT CONFERENCE ON
September 2, 2021 at 9:00 A.M. Courtroom 412 Zoom ID # 831 7137 0604
Date / Time / Courtroom

**FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.**

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

**This summons may not be served later than thirty (30) days after its issuance.**

Plaintiff's Attorney or Plaintiff,                    **DATE:** _____

Name: **James M. Allen, ARDC #6257714**

Attorney for: CEVENE CARE CLINIC, S.C., an Illinois corporation    _____

Address: 6735 Vistagreen Way, Suite 110,                Thomas A. Klein, Clerk of the Circuit Court

City/State/Zip: Rockford, Illinois 61107                By Deputy Clerk: _____

Telephone No: 815-414-5517

Date of Service  JUNE  8  , 20 21
(To be inserted by officer on copy left with defendant or other person)

**Attention:**

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional, help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office.

If you have a disability that requires an accommodation to participate in court, please contact the
Court Disability Coordinator at 815-319-4806.

**EXHIBIT**
A

30 Day Summons | CC-45 V4
Revised January 7, 2020

**ELECTRONICALLY FILED**
DOC ID: 13558907
CASE NO: 2021-CH-0000093
DATE: 6/3/2021 3:07 PM
BY: A H, DEPUTY

# STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## COUNTY OF WINNEBAGO

| | |
|---|---|
| CEVENE CARE CLINIC, S.C., an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| CHRIS SCOTT WELLNESS, LLC, an Illinois limited liability company, | ) ) ) |
| Defendant, | ) |

2021-CH-0000093

Case No. _____

## VERIFIED COMPLAINT

NOW COMES Plaintiff, CEVENE CARE CLINIC, S.C., by and through its attorneys, Allen Galluzzo Hevrin Leake, LLC, and for its Verified Complaint against Defendant, CHRIS SCOTT WELLNESS, LLC, states as follows:

### PARTIES

1.      Plaintiff, Cevene Care Clinic, S.C. ("Plaintiff" or "Cevene Care Clinic"), is an Illinois corporation with its principal office located at 6551 E. Riverside Boulevard, Suite 103, Rockford, IL 61114.

2.      Defendant, Chris Scott Wellness, LLC ("Defendant" or "Chris Scott Wellness"), is an Illinois limited liability company with its principal office located at 1752 Windsor Road, Suite 202, Loves Park, Illinois 61111.

### JURISDICTION AND VENUE

3.      Jurisdiction is proper in this Court because Defendant, Chris Scott Wellness, transacts business within the State of Illinois and the conduct giving rise to this litigation substantially occurred in the State of Illinois.

1

4.      Venue is proper in Winnebago County because Defendant's principal place of business is located in Winnebago County.

## GENERAL ALLEGATIONS

5.      Cevene Care Clinic and Defendant each operate clinics in the Stateline area that offer physical therapy and other holistic healthcare services.

6.      Cevene Care Clinic was registered as an Illinois corporation in 1999 and has continuously and exclusively used CEVENE CARE CLINIC as its brand name since that time.

7.      Since its incorporation, Cevene Care Clinic has continuously used the Mark in advertising campaigns and in the community, including through its website located at cevenecare.com. As a result of these efforts, Cevene Care Clinic's patients, and the general public, have come to recognize Cevene Care Clinic as an established and successful medical pain management business. A screenshot depicting Cevene Care Clinic's website located at cevenecare.com is attached hereto as **Exhibit A**.

8.      Cevene Care Clinic has expended considerable resources in building the goodwill associated with its CEVENE CARE CLINIC Mark in connection with its medical and physical therapy services provided.

9.      Plaintiff has continuously marketed its services, including marketing through its website at cevenecare.com. Based on Cevene Care Clinic's consistent and extensive use of the CEVENE CARE CLINIC Mark, for over twenty years, the Mark has become widely and favorably known, and has acquired extensive goodwill.

10.     As a result of these efforts, Cevene Care Clinic has acquired common law trademark rights to the Mark under Illinois law. Additionally, Cevene Care Clinic is currently, and at all relevant times hereto, the exclusive owner of the property rights to the Mark.

2

11.     Cevene Care Clinic recently learned that Defendant acquired the domain name cevenecareclinics.com (the "Domain Name"). Defendant uses, or used, the Domain Name to redirect internet traffic to Defendant's own website, chrisscottwellness.com. Screenshots taken on May 10, 2021, showing the redirection of the Domain Name to Defendant's website appear below:



12.     On May 18, 2021, a search was conducted for the Domain Name on multiple domain registration websites (including, but not limited to GoDaddy.com, Domain.com, and NameCheap.com). The search revealed that the current holder of the Domain Name had listed it for sale for over $9,000.00. Copies of the screenshots taken on May 18, 2021, from GoDaddy.com, Domain.com, and Namecheap.com, showing the Domain Name listed for sale are attached hereto as **Exhibit B**.

13.     Defendant's use of the CEVENE CARE CLINIC trade name and the Domain Name infringes upon the CEVENE CARE CLINIC Mark, diminishes its goodwill and reputation, causes confusion among consumers, and has resulted in damages to Cevene Care Clinic.

14.     The medical and physical therapy services offered by Defendant directly compete with the services provided by Cevene Care Clinic under the CEVENE CARE CLINIC Mark and the services are marketed through overlapping channels of trade, including the internet.

15.     The use of the cevenecareclinic.com domain name is confusingly similar, if not identical, to the CEVENE CARE CLINIC Mark. As such, Defendant's actions will cause confusion amongst consumers as to the source of the services advertised and sold by Defendant.

16.     On or about May 19, 2021, Cevene Care Clinic sent Defendant a demand letter by certified mail asserting its intellectual property rights and demanding the immediate transfer of the Domain Name from Defendant to Cevene Care Clinic. A copy of the demand letter is attached hereto as **Exhibit C**.

17.     On or about May 22, 2021, the demand letter was delivered to Defendant's registered agent. Since this date, Defendant has failed and refused to respond, transfer the Domain Name to Cevene Care Clinic, or acknowledge Plaintiff's exclusive rights to the CEVENE CARE CLINIC Mark.

18.     On May 28, 2021, another search was conducted for the Domain Name on GoDaddy.com, Domain.com, and Namecheap.com, and confirmed that the Domain name is still listed for sale for over $9,000.00. Copies of the screenshots depicting the results of searches performed on May 28, 2021, for the Domain Name on GoDaddy.com, Domain.com, and Namecheap.com are attached hereto as **Exhibit D**.

19.     Defendant knowingly and willfully uses the CEVENE CARE CLINIC Mark so as to suggest that Defendant's services originate from or are sponsored or endorsed by Cevene Care Clinic and its cevenecare.com website.

20.     Cevene Care Clinic is informed and believes that Defendant acted with a bad faith intent to profit from its registration and use of the Domain Name, at the time of its registration, in or around August 2020.

21.     Defendant's efforts to siphon business from Cevene Care Clinic by using the Domain Name to redirect consumers to chrisscottwellness.com and continuing attempt to profit by listing the Domain Name for sale on multiple domain registration websites (including, but not limited to GoDaddy.com, Domain.com, and NameCheap.com) also evidences Defendant's bad faith intent for commercial gain.

22.     Defendant is informed and believes that, given Cevene Care Clinic's existing domain name of cevenecare.com and its use of the CEVENE CARE CLINIC Mark, Defendant lacked any intellectual property rights in the Domain Name at the time it registered the website cevenecareclinics.com.

## COUNT I
### Common Law Trademark Infringement

23.     Plaintiff incorporates by reference paragraphs 1 through 22, inclusive, as if fully set forth herein.

24.     Defendant's acts alleged herein and specifically, without limitation, Defendant's use of the CEVENE CARE CLINICS Mark, infringe Cevene Care Clinic's exclusive trademark rights in the CEVENE CARE CLINIC Mark, in violation of Illinois common law.

25.     Defendant's acts alleged above have caused, and if not enjoined will continue to cause, irreparable and continuing harm to Cevene Care Clinic's Mark, business, reputation, and

goodwill. Cevene Care Clinic has no adequate remedy at law as monetary damages are inadequate to compensate Cevene Care Clinic for the injuries caused by Defendant.

26.     As a result of Defendant's acts as alleged above, Cevene Care Clinic has incurred damages in an amount to be proven at trial.

27.     Defendant's wrongful use of the CEVENE CARE CLINICS Mark is deliberate, willful, and in reckless disregard of Cevene Care Clinic's trademark rights, entitling Cevene Care Clinic to the recovery of punitive damages.

WHEREFORE, the Plaintiff, CEVENE CARE CLINIC, S.C., prays that this Court enter judgment in its favor and against the Defendant, CHRIS SCOTT WELLNESS, LLC, and award relief as follows:

a.  That the Court permanently restrain and enjoin Defendant, its agents, employees, and other persons in active concert with Defendant from any and all further use of the CEVENE CARE CLINIC Mark or any other mark confusingly similar to the CEVENE CARE CLINIC Mark;

b.  That the Court permanently restrain and enjoin Defendant, its agents, employees, and other persons in active concert with Defendant, from any and all further use of the Domain Name, cevenecareclinics.com;

c.  That CEVENE CARE CLINICS, S.C. be awarded all damages incurred as a direct and proximate cause of Defendant's unlawful conduct;

d.  That CEVENE CARE CLINIC, S.C. recover from Defendant all amounts, including profits, received by Defendant as a direct and proximate cause of Defendant's unlawful conduct;

6

e. That CEVENE CARE CLINIC, S.C. recover from Defendant exemplary and punitive damages, based on its willfulness and/or reckless indifference to CEVENE CARE CLINIC, S.C.'s trademark rights available under Illinois common law;

f. Enter an Order awarding CEVENE CARE CLINIC its attorneys' fees and costs; and

g. Award such other relief as this Court deems just and proper.

## COUNT II
### Anticybersquatting Consumer Protection Act
### (15 U.S.C. § 1125(d))

28.     Cevene Care Clinic incorporates by reference paragraphs 1 through 22, inclusive, as if fully set forth herein.

29.     Cevene Care Clinic is informed and believes that Defendant registered and is using the cevenecareclinics.com domain name in bad faith.

30.     The CEVENE CARE CLINIC Mark was distinctive at the time of Defendant's registration of the cevenecareclinics.com domain name due to its use in commerce in the Stateline area for over twenty years.

31.     The Domain Name purchased by the Defendant, cevenecareclinics.com, is confusingly similar to the CEVENE CARE CLINIC Mark.

32.     Cevene Care Clinic has common law rights to the CEVENE CARE CLINIC Mark.

33.     Defendant has no bona fide use of the Domain Name, cevenecareclinics.com.

34.     Cevene Care Clinic is informed and believes that Defendant's intent in registering and using the Domain Name, cevencareclinics.com, was and is, to divert consumers from Cevene Care Clinic's website to Defendant's website solely to harm the goodwill of the CEVENE CARE CLINIC Mark and Cevene Care Clinic for commercial gain by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the content of Defendant's website.

7

35. Defendant is using the Domain Name, cevenecareclinics.com, without authorization from Cevene Care Clinic and with bad faith intent to mislead and deceive the public.

36. The aforementioned actions constitute cyberpiracy in violation of § 43(d) of the Trademark Act of 1946 (as amended), 15 U.S.C. § 1125(d).

37. Defendant's unauthorized registration and use of the Domain Name, cevenecareclinics.com, has, is, and unless remedied, will continue to cause injury to Cevene Care Clinic and the goodwill Cevene Care Clinic has built in the CEVENE CARE CLINIC Mark and its business reputation.

38. Subsequently, Cevene Care Clinic has no adequate remedy at law.

WHEREFORE, the Plaintiff, CEVENE CARE CLINIC, S.C., prays that this Court enter judgment in its favor and against the Defendant, CHRIS SCOTT WELLNESS, LLC, and award relief as follows:

a. That the Court find Defendant registered and used the cevenecareclinic.com domain name in violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

b. That the Court permanently restrain and enjoin Defendant, its agents, employees, and other persons in active concert with Defendant from any and all further use of the CEVENE CARE CLINIC Mark or any other mark confusingly similar to the CEVENE CARE CLINIC Mark;

c. That the Court permanently restrain and enjoin Defendant, its agents, employees, and other persons in active concert with Defendant, from any and all further use of the Domain Name, cevenecareclinics.com;

d. Enter an Order requiring Defendant to transfer the cevenecareclinic.com domain name to CEVENE CARE CLINIC, S.C. and pay CEVENE CARE CLINIC, S.C. $100,000 in statutory damages pursuant to 15 U.S.C. § 1117(a); and

e. That CEVENE CARE CLINICS, S.C. be awarded all damages incurred as a direct and proximate cause of Defendant's unlawful conduct;

f. That CEVENE CARE CLINIC, S.C. recover from Defendant all amounts, including profits, received by Defendant as a direct and proximate cause of Defendant's unlawful conduct;

g. That Defendant pay CEVENE CARE CLINIC, S.C.'s reasonable attorneys' fees and costs based on its willful and deliberate conduct in this exceptional case pursuant to 15 U.S.C. § 1117(a);

h. Award such other relief as this Court deems just and proper.

## COUNT III
### UNIFORM DECEPTIVE TRADE PRACTICES
### (815 Ill. Comp. Stat. § 510/1 *et seq.*)

39.     Cevene Care Clinic incorporates by reference paragraphs 1 through 22, inclusive, as if fully set forth herein.

40.     Defendant's use of the Domain Name, cevenecareclinic.com, and the CEVENE CARE CLINIC Mark has caused and is likely to continue to cause confusion, deception, and mistake by creating the false and misleading impression that Defendant's services originate from Cevene Care Clinic, are associated, or connected with Cevene Care Clinic, or have the sponsorship, endorsement, or approval of Cevene Care Clinic.

41.     Cevene Care Clinic has sustained injury to its business' reputation and goodwill, and Defendant has unlawfully derived income and profits from its wrongful acts.

9

42.    Unless enjoined by this Court, these acts by Defendant will continue to violate Cevene Care Clinic's rights and cause injury to Cevene Care Clinic.

43.    Cevene Care Clinic has no adequate remedy at law.

44.    By virtue of the aforementioned acts, Defendant has willfully engaged in conduct in violation of Illinois' Uniform Deceptive Trade Practices Act, 815 ILCS § 510/1 *et seq.*

WHEREFORE, the Plaintiff, CEVENE CARE CLINIC, S.C., prays that this Court enter judgment in its favor and against the Defendant, CHRIS SCOTT WELLNESS, LLC, and award relief as follows:

a.    That the Court permanently restrain and enjoin Defendant, its agents, employees, and other persons in active concert with Defendant from any and all further use of the CEVENE CARE CLINIC Mark or any other mark confusingly similar to the CEVENE CARE CLINIC Mark;

b.    That the Court permanently restrain and enjoin Defendant, its agents, employees, and other persons in active concert with Defendant, from any and all further use of the Domain Name, cevenecareclinics.com;

c.    That CEVENE CARE CLINICS, S.C. be awarded all damages incurred as a direct and proximate cause of Defendant's unlawful conduct;

d.    Enter an Order finding that Defendant's violation of a-c was willful and awarding CEVENE CARE CLINIC, S.C. its attorneys' fees and costs pursuant to 815 ILCS § 510/3;

e.    That CEVENE CARE CLINIC, S.C. recover from Defendant exemplary and punitive damages, based on its willfulness and/or reckless indifference to CEVENE CARE CLINIC, S.C.'s trademark rights available under Illinois common law; and

f.    Award such other relief as this Court deems just and proper.

10

## COUNT IV
### VIOLATION OF THE ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT
### (815 Ill. Comp. Stat. § 505/1, *et seq.*)

45.     Cevene Care Clinic incorporates by references paragraph 1 through 22, inclusive, as if fully set forth here.

46.     The Illinois Consumer Fraud and Deceptive Business Practices Act expressly prohibits "any practice described in Section 2 of the Uniform Deceptive Practices Act." 815 ILCS § 505/2.

47.     Defendant's intentional use of a Mark, nearly identical to a local competitor's trade name, to redirect internet traffic to their own website constitutes a deceptive business practice in violation of 815 ILCS 505/2 *et seq.* because it causes actual confusion, and/or a likelihood of confusion, as to the source, sponsorship, affiliation, connection, or approval of Chris Scott Wellness' services.

48.     The public and the market generally, by way of Defendant's acts alleged herein, will be harmed by the consumer confusion caused by Defendant's misrepresentation of the origin, quality, characteristics, and source of its services.

49.     By its acts, Defendant has made and will make substantial profits to which it is not in law or equity entitled to receive.

50.     Cevene Care Clinic, by way of Defendant's acts alleged herein, has suffered, and will continue to suffer, damage and competitive injury to its business, reputation, and goodwill.

51.     By virtue of the aforementioned acts, Defendant has engaged in conduct in violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS § 505/1, *et seq.* As a result of Defendant's actions, Cevene Care Clinic has suffered, and will continue to suffer, damages in an amount to be proven at trial.

WHEREFORE, the Plaintiff, CEVENE CARE CLINIC, S.C., prays that this Court enter judgment in its favor and against the Defendant, CHRIS SCOTT WELLNESS, LLC, and award relief as follows:

a. That CEVENE CARE CLINICS, S.C. be awarded all damages incurred as a direct and proximate cause of Defendant's unlawful conduct;

b. That CEVENE CARE CLINIC, S.C. recover from Defendant exemplary and punitive damages, based on its willfulness and/or reckless indifference to CEVENE CARE CLINIC, S.C.'s trademark rights available under Illinois common law;

c. Enter an Order awarding CEVENE CARE CLINIC, S.C. statutory damages pursuant to 815 ILCS § 505/10a, including reasonable attorney's fees and costs; and

d. Award such other relief as this Court deems just and proper.

## COUNT V
### Common Law Unfair Competition

52.     Cevene Care Clinic incorporates paragraphs 1 through 22, inclusive, as if fully set forth herein.

53.     Cevene Care Clinic is informed and believes, and based thereon alleges, that Defendant has engaged in and continues to engage in unfair competition by using the CEVENE CARE CLINICS Mark, with the intention of interfering with and trading on the business reputation and goodwill engendered by Cevene Care Clinic through hard work and diligent effort.

54.     As a result of Defendant's acts as alleged above, Cevene Care Clinic has incurred damages in an amount to be proven at trial.

WHEREFORE, the Plaintiff, CEVENE CARE CLINIC, S.C., prays that this Court enter judgment in its favor and against the Defendant, CHRIS SCOTT WELLNESS, LLC, and award relief as follows:

a. That the Court permanently restrain and enjoin Defendant, its agents, employees, and other persons in active concert with Defendant from any and all further use of the CEVENE CARE CLINIC Mark or any other mark confusingly similar to the CEVENE CARE CLINIC Mark;

b. That the Court permanently restrain and enjoin Defendant, its agents, employees, and other persons in active concert with Defendant, from any and all further use of the cevenecareclinics.com domain name;

c. That CEVENE CARE CLINICS, S.C. be awarded all damages incurred as a direct and proximate cause of Defendant's unlawful conduct;

d. That CEVENE CARE CLINIC, S.C. recover from Defendant all amounts, including profits, received by Defendant as a direct and proximate cause of Defendant's unlawful conduct;

e. That CEVENE CARE CLINIC, S.C. recover from Defendant exemplary and punitive damages, based on its willfulness and/or reckless indifference to CEVENE CARE CLINIC, S.C.'s trademark rights available under Illinois common law;

f. Enter an order awarding CEVENE CARE CLINIC its costs; and

g. Award such other relief as this Court deems just and proper.

## COUNT VI
### Tortious Interference with Business Expectancy

55. Cevene Care Clinic incorporates paragraphs 1 through 22, inclusive, as if fully set forth herein.

56. Based on the allegations asserted in this Complaint, it is readily apparent that Defendant has openly attempted to divert consumers searching for the Cevene Care Clinic website

to Chris Scott Wellness' website by obtaining the Domain Name and using it in a fraudulent and illegal manner.

57.     Defendant fraudulently procured customers, interfered with valid business relationships, and taken economic advantage of Cevene Care Clinic's patients.

58.     Because of ongoing and repeat business that Cevene Care Clinic engaged in with these patients, Cevene Care Clinic had a reasonable expectation of continuing its valid business relationship and perspective economic advantage with those patients.

59.     The purposeful interference by Defendant prevents Cevene Care Clinic's legitimate expectancy from ripening into further business from its customers.

60.     As a result of Defendant's acts as alleged above, Cevene Care Clinic has incurred damages in an amount to be proven at trial.

WHEREFORE, the Plaintiff, CEVENE CARE CLINIC, S.C., prays that this Court enter judgment in its favor and against the Defendant, CHRIS SCOTT WELLNESS, LLC, and award relief as follows:

a.   That the Court permanently restrain and enjoin Defendant, its agents, employees, and other persons in active concert with Defendant from any and all further use of the CEVENE CARE CLINIC Mark or any other mark confusingly similar to the CEVENE CARE CLINIC Mark;

b.   That the Court permanently restrain and enjoin Defendant, its agents, employees, and other persons in active concert with Defendant, from any and all further use of the Domain Name, cevenecareclinics.com;

c.   That CEVENE CARE CLINICS, S.C. be awarded all damages incurred as a direct and proximate cause of Defendant's unlawful conduct; and

14

d.  Enter an award of punitive damages in the maximum amount permitted by law, and award CEVENE CARE CLINIC its attorneys' fees, costs, prejudgment interest; and

e.  Award such other relief as this Court deems just and proper.

### COUNT VI
**Declaratory Judgment**

61.  Cevene Care Clinic incorporates paragraphs 1 through 22, inclusive, as if fully set forth herein.

62.  This is an action for declaratory relief pursuant to 735 ILCS 5/2-701 requesting a binding declaration of rights and obligations between the parties.

63.  There is an actual controversy between Cevene Care Clinic and Chris Scott Wellness as to Cevene Care Clinic's exclusive right to use the Domain Name, cevenecareclinics.com, and the CEVENE CARE CLINICS Mark.

64.  As a consequence of this dispute, an actual and justiciable controversy exists between Cevene Care Clinic and Defendant.

WHEREFORE, the Plaintiff, CEVENE CARE CLINIC, S.C., prays that this Court enter judgment in its favor and against the Defendant, CHRIS SCOTT WELLNESS, LLC, and award relief as follows:

a.  Declaring that the Defendant's registration of the Domain Name, cevenecareclinics.com, as unlawful under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d);

b.  Declare that the Defendant is required to transfer the registration for the Domain Name, cevenecareclinics.com, to CEVENE CARE CLINICS, S.C.; and

c.  Award such other relief as this Court deems just and proper.

Dated: _June 3, 2021_          Attorneys for Plaintiff Cevene Care Clinic, S.C.,
                               Allen Galluzzo Hevrin Leake, LLC


                               By: _/s/ Cassandra M. Crandall_
                                      One of Its Attorneys

**PREPARED BY:**
James M. Allen (ARDC No. 6257714)
jallen@aghllaw.com
Cassandra M. Crandall (ARDC No. 6335736)
ccrandall@aghllaw.com
Allen Galluzzo Hevrin Leake, LLC
6735 Vistagreen Way, Suite 110
Rockford, IL 61107
Phone: 815-265-6464

## **VERIFICATION**

Under penalties are provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Signature: _____

By: _Todd Cevene_____

17



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☑ Return Receipt (hardcopy) $ 2.85 | |
| ☐ Return Receipt (electronic) $ | |
| ☑ Certified Mail Restricted Delivery $ 3.60 | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ 6.96 | |
| Total Postage and Fees $ | |

Postmark
Here
MAY 20 2021

Sent To  Chris Scott Wellness, LLC
Street and  c/o Chris Scott Mills
         1752 Windsor Road, Suite 202
City, State  Loves Park, IL 61111

21-899

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chris Scott Wellness, LLC
   c/o Chris Scott Mills
   1752 Windsor Road, Suite 202
   Loves Park, IL 61111

9590 9402 3910 8060 3357 01

2. Article Number (Transfer from service label)
   7018 0680 0000 5100 3454

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C. S.                    ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   1108  C19              5-22-21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



# CEVENE CARE CLINIC

6451 East Riverside Blvd
Rockford, IL 61114

815-639-9900

**Office Hours:**
Monday - Thursday: 8 AM to 6 PM
Friday: 8 AM to 1 PM
Saturday: By Appointment

Welcome to a full-service pain and physical medicine clinic dedicated to providing noninvasive procedures to treat a wide range of physical conditions in Rockford, Loves Park, and Machesney Park, IL. We offer the best in medical pain management and physical medicine. We are a complete physical medicine practice that is focused on restoring your health in an effort to improve your quality of life. For a FREE consultation, call 815-639-9900.

## Helping You Live A Pain-Free Life!

PLAINTIFF'S EXHIBIT A



GoDaddy

cevenecareclinics.com

**Premium Domain**

## cevenecareclinics.com is available
### $10,000.00 +$18.99/yr ⓘ

Why it's great.
- ✓ "Care" is a widely used keyword
- ✓ Uses the .com extension.
- ✓ Includes Basic Privacy Protection

Call 1-480-366-3343 for buying assistance

**Buy It Now**

**Pricing**

ⓘ What are pre...

This is the one time price set by the owner. Once you have purchased the domain, your only remaining costs will be the standard yearly registration fees of $18.99/yr.

ICANN fee of $0.18 included per domain per year.

**All Recommendations** ...cludes Basic Privacy Protection ⓘ

cevenecareclinics.net          ~~$14.99~~ **$14.99** ⓘ    🛒

cevenecareclinic.com           ~~$14.99~~ **$11.99** ⓘ    🛒

cevenecareclinic.com           ~~$22.00~~ **$9.99** ⓘ     🛒

cevenecareclinics.org          ~~$20.99~~ **$4.99** ⓘ     🛒

cevenecareclinics.info

Help Center    Sign In ∨    🛒

PLAINTIFF'S EXHIBIT B



namecheap

CONTACT US ∨   SIGN IN ▾   SIGN UP

Domains   Hosting   WordPress   Email   Apps   Security   Transfer to Us   Help Center   Account

cevenecareclinics.com

Suggested Results

cevenecareclinics.com                    $9,700.00          Add to Cart

cevenecareclinics.net                    $10.98/yr          Add to Cart

cevenecareclinics.org                    $9.18/yr           Add to Cart

cevenecareclinics.cc                     $5.88/yr           Add to Cart

cevenecareclinics.name                   $8.88/yr           Add to Cart

Results                                                     Explore More

cevenecareclinics.com                    $9,700.00          Add to Cart

cevenecareclinics.xyz                    $1.00/yr           Add to Cart

cevenecareclinics.me                     $5.88/yr           Add to Cart

(b) DOMAIN.COM

cevenecareclinics.com

Help    Login

Added To Cart

CONGRATS YOUR DOMAIN IS AVAILABLE!

cevenecareclinics.com

HOW ABOUT ONE OF THESE GREAT DOMAINS:

☑ Add Domain Privacy + Protection to each domain for $8.99 per year. What's this?

| | | |
|---|---|---|
| cevenecareclinics.net | $12.99 | Add To Cart → |
| cevenecareclinics.org | $8.99 | Add To Cart → |
| cevenecareclinics.tech | $8.99 | Add To Cart → |
| cevenecareclinics.space | $2.99 | Add To Cart → |
| cevenecareclinics.online | $5.99 | Add To Cart → |

SHOPPING CART

cevenecareclinics.com

Domain Purchase         $10,000.00
*Premium Domain*
Protection Renews at $12.99/year

Privacy + Protection   1 year   $8.99

Total    $10,008.99

Continue



AGHL LAW
ALLEN | GALLUZZO | HEVRIN | LEAKE

6735 Vistagreen Way Suite 110 | Rockford, IL 61107-5643
815.265.6464 | www.aghllaw.com

May 19, 2021


Chris Scott Wellness, LLC
c/o Chris Scott Mills
1752 Windsor Road, Suite 202
Loves Park, IL 61111


Re: IMMEDIATE DEMAND FOR THE TRANSFER OF THE DOMAIN NAME,
CEVENECARECLINICS.COM AND TO CEASE & DESIST USE OF THE SERVICE MARK
"CEVENE CARE CLINIC" AND/OR ANY DEVIATION THEREOF

*Sent Via Certified U.S. Mail*

Dear Mr. Scott:

This law firm represents Cevene Care Clinic in connection with its intellectual property rights. It has come to my client's attention that Chris Scott Wellness registered, is using, and is attempting to sell the domain name, cevenecareclinics.com (the "Domain Name") in violation of the Anticybersquatting Consumer Protection Act of 1999 (the "ACPA"), which is embodied in 15 U.S.C. § 1125.

A search performed on May 10, 2021, by my client's staff, for the URL, cevenecareclinics.com, resulted in redirection to the website, chrisscottwellness.com. Additionally, a search performed by my office, on May 18, 2021, for the Domain Name on multiple domain registration websites (including, but not limited to GoDaddy.com, Domain.com, and NameCheap.com) revealed that the current holder of the Domain Name has listed it for sale for over $9,000.00.

**Your registration, use, and attempted sale of the Domain Name constitutes cybersquatting and is a violation of my client's common law trademark rights, as well as federal and state law. This letter constitutes Cevene Care Clinic's demand that you cease and desist use of the Mark or any confusingly similar derivation of the Mark and immediately transfer the rights to the Domain Name to Cevene Care Clinic.**

My client is a business offering medical pain management and physical medicine to patients in the greater Rockford and Stateline area. Cevene Care Clinic was registered as an Illinois corporation in 1999 and has continually used "CEVENE CARE CLINIC" (the "Mark") as its brand name since that time. Since its incorporation, Cevene Care Clinic has continuously used the Mark in advertising campaigns and in the community, including through its website at cevenecare.com. As a result of these efforts, my client's customers, and the general public, have come to recognize Cevene Care Clinic as an established and successful medical pain management business.

DMS4-2003414037-14



PLAINTIFF'S
EXHIBIT

C

Under the ACPA, a person shall be liable in a civil action by the owner of a mark, including a personal name which is protected as a mark if, without regard to the goods or services of the parties, that person:

> (i) has a **bad faith intent** to profit from that mark, including a personal name which is protected as a mark under this section; and
>
> (ii) **registers, traffics in, or uses a domain name** that-
>
>> (I) in the case of a mark that is distinctive at the time of registration of the domain name, is identical or confusingly similar to that mark;
>>
>> (II) in the case of a famous mark that is famous at the time of registration of the domain name, is identical or confusingly similar to or dilutive of that mark; or
>>
>> (III) is a trademark, word, or name protected by reason of section 706 of title 18 or section 220506 of title 36. 15 U.S.C. § 1125(d).

Chris Scott Wellness has engaged in cyber-squatting in an effort to siphon the existing goodwill from my client's business in order to generate leads on behalf of its own clients, who are in competition with my client. We believe these actions are in fact already actually misleading some visitors of the website that have conducted a search online for the Mark. Common law trademark infringement occurs when a party utilizes a trade or service mark that creates a likelihood of consumer confusion. *Walt-West Enterprises, Inc. v. Gannett Co.*, 695 F.2d 1050 (7th Cir. 1982*)*. As you are undoubtedly aware, your registration and use of the Domain Name infringes upon my client's rights and is a violation of existing federal and state laws.

Chris Scott Wellness' activities are unlawful and constitute unfair competition, intentional trademark infringement, trademark dilution, false designation of origin, cybersquatting, intentional interference with business and deceptive business practices. If my client were to file a lawsuit, it would potentially be entitled to seek:

1) preliminary and permanent injunctions;

2) actual monetary damages;

3) disgorging of any profits Chris Scott Wellness has realized through its wrongful use of the Mark;

4) reimbursement of attorney's fees required to prosecute a lawsuit;

5) monetary damages for damage to my client's goodwill in the marketplace; and

6) a court order that Chris Scott Wellness transfer the Domain Name to Cevene Care Clinic.

7) Punitive damages.

Cevene Care Clinic is prepared to file a lawsuit to protect its rights and business. **Chris Scott Wellness may avoid legal action by having an authorized representative sign and return to me the attached Domain Name Transfer Agreement within seven (7) days from the receipt of this letter, on or before May 26, 2021.** This letter is sent without prejudice to Cevene Care Clinic's rights and claims, all of which are expressly reserved.

I look forward to your anticipated cooperation.

Regards,

James M. Allen

ALLEN GALLUZZO HEVRIN LEAKE, LLC
6735 Vistagreen Way, Suite 110
Rockford, IL 61107
(815) 414-5517
jallen@aghllaw.com

DMS4-2003414037-14

## Domain Name Transfer Agreement

This Domain Name Transfer Agreement is made between Chris Scott Wellness, whose principal place of business is at 1752 Windsor Road, Loves Park, IL 61111 and Cevene Care Clinic, whose principal place of business is 6451 E. Riverside Boulevard, #103, Rockford, IL 61114.

The parties agree as follows:

(i)     Chris Scott Wellness agrees to immediately transfer any and all rights of the undersigned in and to the Domain Name, cevenecareclinics.com, to Cevene Care Clinic;

(ii)    cease and desist from any and all use of the Domain Name, cevenecareclinics.com; and

(iii)   cease and desist from any and all uses of the Mark "CEVENE CARE CLINIC" or any confusingly similar derivation of "CEVENE CARE CLINIC."

**For Chris Scott Wellness:**

By:_____

Its:_____

**For Cevene Care Clinic:**

By:_____

Its:_____

Dated: _____, 2021.

DMS4-2003414037-14

GoDaddy ≡

Help Center    Sign in ∨

cevenecareclinics.com

◈ Premium Domain

**cevenecareclinics.com is available**

$10,000.00 +$18.99/yr ⓘ

ⓘ What are premium domains?

Why it's great.

✓ "Care" is a widely used keyword
✓ Uses the .com extension
✓ Includes Basic Privacy Protection.

Call (480) 505-8877 for buying assistance

[ Buy It Now ]

All Recommendations    By: Relevance    COM Only

Domains include Basic Privacy Protection ⓘ

cevenecareclinics.net    $19.99 $14.99 ⓘ    🛒+

cevenecareclinics.org    $20.99 $9.99 ⓘ    🛒+

AD
cevenecareclinics.biz    $21.99 $4.99 ⓘ    🛒+

cevenecareclinic.com    $16.99 $4.99 ⓘ    🛒+
for the first year

PLAINTIFF'S EXHIBIT D

Contact Us



